IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY D. KEMP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **06-282 - MJR** |
| ) | |
| **R . JAMES NICHOLSON,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel.  **(Doc.  25)**.

Defendant's response, **Doc. 26**, indicates that Defendant has served his responses to

plaintiff's discovery requests.  Therefore, plaintiff's Motion to Compel **(Doc.  25)** is **DENIED as**

**moot.**

**IT IS SO ORDERED.**

**DATE: May 15, 2007.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**