IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY D. KEMP, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 06-282-MJR-CJP |
| R. JAMES NICHOLSON, | ) |
| Defendant. | ) |

### ORDER

Before the Court is plaintiff's motion to compel defendant to "provide the Plaintiff with all correspondences including teleconference, mail and all electronically mail that Plaintiff has not receive" [sic]. **(Doc. 31).** Plaintiff indicates that his motion was triggered by a failure to receive a copy of defendant's response to his motion for appointment of counsel **(Doc. 24)**.

Defendant's response indicates that copies of all filings have been served upon plaintiff at his address of record, and that an additional copy of the response plaintiff indicates he did not receive has now been sent to plaintiff. **(Doc. 33).**

Defendant is already under an obligation to serve plaintiff with copies of all documents filed with the Court. **Fed.R.Civ.P. 5.** The response to plaintiff's motion for appointment of counsel contains a certificate of service, and the Court has no reason to doubt that certificate. In any event, defendant has sent another copy of its response to plaintiff.

1

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 31)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: October 16, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
