IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY D. KEMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 06-282-MJR-CJP |
| ) | |
| R. JAMES NICHOLSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is plaintiff's "Motion for Additional Disclosures," seeking "approval for additional individuals likely to have discoverable information." **(Doc. 38).** Plaintiff states, "Names and addresses will be provided upon approval of this motion or at the request of the Court."

The Court cannot fathom what plaintiff is seeking. Plaintiff references Federal Rule of Civil Procedure 26(a)(1), which pertains to initial disclosures. If plaintiff has not fully disclosed all of the information required to be disclosed under Rule 26(a)(1), plaintiff should do so immediately. Defendant is under a similar ongoing obligation. *See* **Fed.R.Civ.P. 26(e).**

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 38)** is **DENIED** in all respects.

**IT IS SO ORDERED.**

**DATED: October 16, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**